```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  DOUGLAS BEEVERS, USVI Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  LUIS GONZALO SOTO

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) No. CR-S-12-00325-GEB
                                 )
12             Plaintiff,        )
                                 ) STIPULATION AND [PROPOSED] ORDER
13       v.                      ) TO CONTINUE STATUS CONFERENCE
                                 )
14  LUIS GONZALO SOTO,           ) Date:  February 22, 2013
                                 ) Time:  9:00 a.m.
15             Defendant.        ) Judge: Hon. Garland E. Burrell
                                 )
16  _____)
```

17       The parties request that the status conference in this case be
18  continued from January 25, 2013, to February 22, 2013 at 9:00 a.m.  They
19  stipulate that the time between January 25, 2013 and February 22, 2013
20  should be excluded from the calculation of time under the Speedy Trial
21  Act.  The parties stipulate that the ends of justice are served by the
22  Court excluding such time, so that counsel for the defendant may have
23  reasonable time necessary for effective preparation, taking into account
24  the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and
25  Local Code T-4. Specifically, defense counsel needs additional time to
26  review and examine the evidence, investigate the facts of the case and to
27  negotiate a resolution to this matter. The parties stipulate and agree
28  that the ends of justice served by granting this continuance outweigh the

best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: January 24, 2013  Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender
/s/ Doug Beevers
DOUG BEEVERS
Assistant Federal Defender
Attorney for Defendant
LUIS GONZALO SOTO

Dated: January 24, 2013  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for January 25, 2013, be continued to February 22, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from January 25, 2013, to and including, the February 22, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: January 25, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

-2-