JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LUIS GONZALO SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LUIS GONZALO SOTO,<br><br>  Defendant. | No. CR-S-12-00325-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: May 17, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

The parties request that the status conference in this case be continued from April 26, 2013, to May 17, 2013 at 9:00 a.m. They stipulate that the time between April 26, 2013, 2013 and May 17, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review and examine the evidence, investigate the facts of the case and to negotiate a resolution to this matter. The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

/ / /

/ / /

| | |
|---|---|
| Dated: April 24, 2013 | Respectfully submitted, |
| | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| | */s/ Doug Beevers*<br>DOUG BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>LUIS GONZALO SOTO |
| Dated: April 24, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:   */s/ Samuel Wong*<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 26, 2013, be continued to May 17, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, and the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  It is ordered that time from April 26, 2013, to and including, the May 17, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

**IT IS ORDERED.**

Dated:  April 25, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge