HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LUIS GONZALO SOTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS GONZALO SOTO,<br><br>Defendant. | No.  Cr. S 2:12-cr-325 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable  GARLAND E. BURRELL, JR. |

Defendant, LUIS GONZALO SOTO, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On September 27, 2013, this Court sentenced Mr. Soto to a term of 90 months imprisonment;

3. Mr. Soto's total offense level was 29, his criminal history category was I, and the resulting guideline range was 87 to 108 months;

4. The sentencing range applicable to Mr. Soto was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Soto's total offense level has been reduced from 29 to 27 and his amended guideline range is 70 to 87 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Soto's term of imprisonment to 73 months, a sentence representing a comparable point within the new guideline range.

Respectfully submitted,

Dated:  January 12, 2016                    Dated:   January 12, 2016

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                      Federal Defender


 /s/  *Jason Hitt*                           /s/ *Hannah R. Labaree*
JASON HITT                                  HANNAH R. LABAREE
Assistant U.S. Attorney                     Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA                    LUIS GONZALO SOTO

# ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Soto is entitled to the benefit Amendment 782, which reduces the applicable guideline range to 70 to 87 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2013 is reduced to a term of 73 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Soto shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  January 12, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge